

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

# MEMORANDUM ENDORSED

April 2, 2024

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2024

      Re:   *United States v. Marco Antonio Lara Paiz,*
            S7 03 Cr. 987 (GHW)

Dear Judge Woods:

      On or about March 26, 2007, the defendant Marco Antonio Lara Paiz (the "Defendant") pled guilty to narcotics importation conspiracy. On or about February 11, 2008, the Court sentenced the Defendant to time served and imposed a forfeiture money judgment in the amount of $345,000 (the "Money Judgment"), which is reflected in the Judgment and Commitment entered on or about February 19, 2008 (D.E. 137).

      It has recently come to the Government's attention that although the Defendant paid the Money Judgment in full prior to sentencing, a written Order of Forfeiture was never submitted to the Court memorializing the Money Judgment orally imposed by the Court at the time of sentencing. Without the Order of Forfeiture, the Government is unable to fully process the Defendant's forfeiture Money Judgment payment.

      Accordingly, the Government respectfully requests that the Court enter the attached proposed Preliminary Order of Forfeiture/Money Judgment.

Application denied without prejudice. The Court requests that the Government submit an affidavit containing all of the facts upon which the Government relies in connection with the application, including any facts included in the recitals to the proposed order. In addition, the Court requests the submission of a supplemental letter from the United States confirming that no additional notice to potential claimants to the funds is required before the Court orders final disbursement of the funds to the Government, with appropriate legal support.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 365.

SO ORDERED.

Dated: April 3, 2024
New York, New York

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *[signature]*

Tara LaMorte
Assistant United States Attorney
Tel. No.: (212) 637-1041

_____
GREGORY H. WOODS
United States District Judge